UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                         :

**IN RE: DMCA SECTION 512(H)**        :      **1:25-mc-00115 (ALC)**
**SUBPOENA TO FENIX**
**INTERNATIONAL LIMITED (AKA**    :      **ORDER**
**ONLYFANS)**
                                                        :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      This matter comes before the Court upon the *ex parte* application of movant Olivia Swaida, along with supporting documents for the signing of a subpoena directing Fenix International Limited ("Onlyfans") to produce the identify of entities or persons believed to be infringing on the copyright of Olivia Swaida. Having considered the application and documents submitted in support of the instant application, the Court finds good reason to direct the clerk to issue said subpoena. It is therefore **ORDERED** that the Clerk of Court shall issue the subpoena for Onlyfans, as sought by the movant. The Clerk of Court is respectfully directed to close this case thereafter.

**SO ORDERED.**

**Dated:  May 1, 2025**
             **New York, New York**                                   **ANDREW L. CARTER, JR.**
                                                                                       **United States District Judge**